USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sept. 24, 2015

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENDO PHARMACEUTICALS INC., GRUNENTHAL GMBH,**
*Plaintiffs-Appellants*

v.

**TEVA PHARMACEUTICALS USA, INC., ACTAVIS INC., ACTAVIS SOUTH ATLANTIC LLC, WATSON PHARMACEUTICALS, INC., AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, ROXANE LABORATORIES, INC., AMNEAL PHARMACEUTICALS, LLC, THORX LABORATORIES, INC., BARR LABORATORIES, INC., RANBAXY, INC., RANBAXY PHARMACEUTICALS, INC., SUN PHARMACEUTICAL INDUSTRIES, LTD., IMPAX LABORATORIES, INC.,**
*Defendants-Cross-Appellants*

---

2015-2021, -2022, -2023, -2024, -2025, -2026, -2028, -2031, -2033, -2034, -2035, -2041, -2042, -2046, -2047, -2049, -2059, -2060

---

Appeals from the United States District Court for the Southern District of New York in Nos. 1:12-cv-08060-TPG-GWG, 1:12-cv-08115-TPG-GWG, 1:12-cv-08317-TPG-GWG, 1:13-cv-00435-TPG-GWG, 1:13-cv-00436-TPG-

GWG, 1:13-cv-03288-TPG, 1:13-cv-04343-TPG, and 1:13-cv-08597-TPG, Senior Judge Thomas P. Griesa.

## ON MOTION

## O R D E R

Upon consideration of these recently docketed appeals, the court considers whether deactivation is appropriate.

At the district court, the plaintiffs-appellants have filed a pending motion pursuant to Rule 60(a) of the Federal Rules of Civil Procedure to correct the judgments in each of the underlying appeals. Such a motion results in deactivation of an appeal. *See* Practice Note to Federal Circuit Rule 4.

Accordingly,

IT IS ORDERED THAT:

These appeals are deactivated. Within 30 days of the district court's ruling on Plaintiffs' Rule 60(a) motion, the parties are directed to inform this court how they believe these appeals should proceed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31